1   SINNOTT, DITO, MOURA & PUEBLA, P.C.
        Blaise S. Curet, #124983
2       bcuret@sdmp.com
        Stephen R. Wong, #186187
3       swong@sdmp.com
    555 Montgomery Street, Suite 720
4   San Francisco, California  94111-3910
    Tel.: (415) 352-6200; Fax: (415) 352-6224
5
    Attorneys for Zurich American Ins. Co.
6   and Steadfast Ins. Co.

7

8                 **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  St. Paul Fire & Marine Ins. Co.,          CASE NO. C08-05705 PJH

12              Plaintiff,
                                              STIPULATION AND [P~~ROPOSED~~]
13          v.                                ORDER SELECTING ADR PROCESS

14  Evanston Insurance Company,

15              Defendant.

16  AND RELATED COUNTER-CLAIM

17
    Evanston Insurance Company,
18
                Third Party Plaintiff,
19
            v.
20
    Zurich American Insurance Company
21  and Steadfast Insurance Company,

22              Third Party Defendants.

23

24

25

26          Counsel report that they have met and conferred regarding ADR and have

27  reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

28

_____
                                              C08-05705 PJH
    STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1   The parties agree to participate in the following ADR process:

2       Court Processes:

3       [ ] Non-binding Arbitration (ADR L.R. 4)

4       [X] Early Neutral Evaluation (ENE) (ADR L.R. 5)

5       [ ] Mediation (ADR L.R. 6)

6       The parties agree to hold the ADR session by:

7       [X] the presumptive deadline (The deadline is 90 days from the date of the

8   order referring the case to an ADR process unless otherwise ordered. )

9       [ ] other requested deadline _____

10

11

12  DATED:  April 8, 2009                SINNOTT, DITO, MOURA & PUEBLA,
                                         P.C.

13

14                                       By:  _/s/_____
                                              BLAISE S. CURET
15                                            STEPHEN R. WONG
                                              Attorneys for Zurich American
16                                            Insurance Company and Steadfast
                                              Insurance Company
17

18  DATED:  April 8, 2009                MELENDEZ & HUNGERFORD

19

20

21                                       By:  _/s/_____
                                              MICHAEL W. MELENDEZ
22                                            Attorneys for Evanston Insurance
                                              Company
23

24  DATED:  April 8, 2009                LAW OFFICES OF MORALES, FIERRO &
                                         REEVES

25

26

27                                       By:  _/s/_____
                                              WILLIAM C. REEVES
28                                            Attorneys for St. Paul Fire & Marine
                                              Insurance Company

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

1    [~~PROPOSED~~] ORDER

2

3        Pursuant to the Stipulation above, the captioned matter is hereby referred to:

4            [  ] Non-binding Arbitration

5            |X| Early Neutral Evaluation (ENE)

6            [  ] Mediation

7            [  ] Private ADR

8

9        Deadline for ADR session

10           |X| 90 days from the date of this order.

11           [  ] other _____

12

13   IT IS SO ORDERED.

14

15   Dated: _____April 14_____, 2009    _____

16                                            UNITE                    JUDGE

17



18

19

20

21

22

23

24

25

26

27

28

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224