1  William C. Reeves - 183878
   Maya Morales - 245208
2  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
3  Pleasant Hill, CA 94523
   Telephone: 925/288-1776
4  Facsimile: 925/288-1856

5  Attorneys for Plaintiff and Counter-Defendant
   St. Paul Fire & Marine Ins. Co.
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 ST. PAUL FIRE & MARINE INS. CO.      )   Case No.: 08-cv-05705-PJH
                                        )
11         Counter-Claimant,            )   STIPULATION AND ORDER TO
       vs.                              )   CONTINUE INITIAL CASE
12                                      )   MANAGEMENT CONFERENCE
   EVANSTON INSURANCE COMPANY,          )
13                                      )
           Defendant.                   )
14                                      )
                                        )
15                                      )
   and related matters                  )
16                                      )
                                        )
17

18        The parties stipulate and agree as follows:

19        WHEREAS, the Initial Case Management Conference is scheduled for 2:30 p.m. on May 14,

20 2009;

21        WHEREAS, lead counsel for Plaintiff and Counter-Defendant St. Paul Fire & Marine Ins.

22 Co. has a conflict due, in part, to a pre-paid vacation;

23        WHEREFORE, the other parties are agreeable to rescheduling the Initial Case Management

24 Conference to 2:30 p.m. on May 21, 2009.

25 ///

26 ///

27 ///

28 ///

---

1

STIPULATION                                                          Case No.: 08-cv-05705-PJH

1     IT IS SO AGREED

2 Dated: May 12, 2009

                                            MORALES, FIERRO & REEVES

By:   /s/
       William C. Reeves
       Attorneys for Plaintiff and
       Counter-Defendant
       St. Paul Fire & Marine Ins. Co

Dated: may 12, 2009

                                            MELENDEZ & HUNGERFORD, LLP

By:   /s/
       Michael W. Melendez
       Attorneys for Defendant,
       Counter Claimant and Third-Party
       Plaintiff Evanston Ins. Co.

Dated: May 12, 2009

                                            SINNOTT DITO MOURA & PUEBLA

By:   /s/
       Stephen R. Wong
       Attorneys for Third-Party Defendants
       Zurich American Insurance Company
       and Steadfast Insurance Company

///

///

///

///

STIPULATION                                                                                        Case No.: 08-cv-05705-PJH

1  THE COURT, the Honorable Phyllis J. Hamilton presiding, having considered the
2  stipulation of the parties and good cause appearing, orders as follows:
3  The Initial Case Management Conference is continued to 2:30 p.m. on May 21, 2009 in
4  Courtroom 3, 17th Floor.
5  IT IS SO ORDERED.
6  Dated: 5/12/09

_____
Judge Phyllis J. Hamilton

S:\Docs\tr2698\NOT090511.wcr.doc

---

3

STIPULATION                                                            Case No.: 08-cv-05705-PJH