MICHAEL W. MELENDEZ (No. 125895)
E-mail: mmelendez@melendezfirm.com
MELENDEZ & ASSOCIATES
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Telephone: (925) 934-8000
Facsimile: (925) 934-6700

Attorneys for Defendant and Third-Party Claimant
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ST. PAUL FIRE & MARINE INS. CO., | ) | No. C08-05705 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [P~~ROPOSED~~] ORDER RE STAY |
| vs. | ) | |
| EVANSTON INSURANCE COMPANY, | ) | |
| Defendants. | ) | |
| AND RELATED COUNTER-CLAIM AND THIRD-PARTY CLAIM. | ) | |

## STIPULATION

WHEREAS, the above-captioned case is an equitable action between insurance carriers regarding the responsibility for and allocation of defense fees and costs incurred on behalf of two common insureds, the Olympic Club and Plant Construction, in an underlying action entitled, <u>Academy of Art University, et al., v. San Francisco Olympic Club, et al.</u>, Superior Court of California, City and County of San Francisco, Case No. CGC-03-427640 (the "Underlying Action");

WHEREAS, the Court in the Underlying Action has awarded fees and costs in favor of the Olympic Club and Plant and against the underlying plaintiffs;

WHEREAS, the plaintiffs in the Underlying Action had indicated that they would appeal the award of fees and costs;

1  WHEREAS, the parties in the Underlying Action have negotiated a settlement in principle that might allow the parties in the above-captioned action to amicable resolve their disputes and dismiss their claims;

4  WHEREAS, the parties to the above-captioned action do not wish to unnecessarily incur fees and costs prosecuting and defending this action pending final resolution of the Underlying Action and while they explore a possible resolution of the above-captioned action that could result in a dismissal;

8  WHEREFORE, it is hereby STIPULATED that:

9  1.  This action be STAYED for 90 days to allow the parties in the Underlying Action to finalize their settlement and to allow the parties in the above-captioned action to explore a possible settlement;

12  2.  The Early Neutral Evaluation session pending before Michael Lee be CONTINUED until after the stay is lifted.

14  It is so STIPULATED:

16  Dated: July 30, 2009          MORALES, FIERRO & REEVES

                                  By: _____
                                      William C. Reeves

                                  Attorneys for Plaintiff ST. PAUL FIRE &
                                  MARINE INSURANCE COMPANY

22  Dated: July ___, 2009         SINNOT DITO MOURA & PUEBLA

                                  By: _____
                                      Stephen R. Wong

                                  Attorneys for Third-Party Defendants
                                  STEADFAST INSURANCE COMPANY
                                  and ZURICH AMERICAN INSURANCE
                                  COMPANY

1   WHEREAS, the parties in the Underlying Action have negotiated a settlement in principle that might allow the parties in the above-captioned action to amicable resolve their disputes and dismiss their claims;

4   WHEREAS, the parties to the above-captioned action do not wish to unnecessarily incur fees and costs prosecuting and defending this action pending final resolution of the Underlying Action and while they explore a possible resolution of the above-captioned action that could result in a dismissal;

8   WHEREFORE, it is hereby STIPULATED that:

9   1.   This action be STAYED for 90 days to allow the parties in the Underlying Action to finalize their settlement and to allow the parties in the above-captioned action to explore a possible settlement;

12   2.   The Early Neutral Evaluation session pending before Michael Lee be CONTINUED until after the stay is lifted.

14   It is so STIPULATED:

Dated: July ___, 2009                    MORALES, FIERRO & REEVES

                                          By:_____
                                                    William C. Reeves

                                          Attorneys for Plaintiff ST. PAUL FIRE &
                                          MARINE INSURANCE COMPANY

Dated: July 28, 2009                      SINNOT DITO MOURA & PUEBLA

                                          By:_____
                                                    Stephen R. Wong

                                          Attorneys for Third-Party Defendants
                                          STEADFAST INSURANCE COMPANY
                                          and ZURICH AMERICAN INSURANCE
                                          COMPANY

Dated: July 28, 2009                    MELENDEZ & ASSOCIATES

By: /s/ Michael W. Melendez
Michael W. Melendez

Attorneys for Defendant and Third-Party Claimant EVANSTON INSURANCE COMPANY

ORDER

It is hereby ORDERED that:

1. This action is STAYED for 90 days to allow the parties in the Underlying Action to finalize their settlement and to allow the parties in the above-captioned action to explore a possible settlement; and

2. The Early Neutral Evaluation session pending before Michael Lee be CONTINUED until after the stay is lifted.

Dated: 8/3/09

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA