SINNOTT, DITO, MOURA & PUEBLA, P.C.
Blaise S. Curet, #124983
bcuret@sdmp.com
Stephen R. Wong, #186187
swonog@sdmp.com
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Zurich American Ins. Co.
and Steadfast Ins. Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| St. Paul Fire & Marine Ins. Co., | CASE NO. C08-05705 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: STAY |
| v | |
| Evanston Insurance Company, | |
| Defendant. | |
| AND RELATED COUNTER-CLAIM | |
| Evanston Insurance Company, | |
| Third Party Plaintiff, | |
| vs. | |
| Zurich American Insurance Company and Steadfast Insurance Company, | |
| Third Party Defendants. | |

## **STIPULATION**

WHEREAS, the above-captioned case is an equitable action between insurance carriers regarding the responsibility for and allocation of defense fees and costs incurred on behalf of two common insureds, the Olympic Club and Plant Construction, in an

STIPULATION AND [PROPOSED] ORDER RE: STAY

1  underlying action entitled, *Academy of Art University, et al., v. San Francisco Olympic
2  Club, et al.*, Superior Court of California, City and County of San Francisco, Case No.
3  CGC-03-427640 (the "Underlying Action");

4      WHEREAS, the court in the Underlying Action awarded fees and costs in favor of
5  the Olympic Club and Plant and against the underlying plaintiffs;

6      WHEREAS, the plaintiffs in the Underlying Action had indicated that they would
7  appeal the award of fees and costs;

8      WHEREAS, the parties in the Underlying Action negotiated a settlement that might
9  allow the parties in the present action to amicably resolve their disputes and dismiss their
10  claims;

11      WHEREAS, the parties in the present action do not wish to unnecessarily incur fees
12  and costs prosecuting and defending this action pending final resolution of the Underlying
13  Action and while they explore a possible resolution of the above-captioned action that
14  could result in a dismissal;

15      WHEREAS, on August 3, 2009, the Court stayed this action for 90 days to allow
16  the parties in the Underlying Action to finalize their settlement and to allow the parties in
17  the present action to explore a possible settlement;

18      WHEREAS, the parties in the Underlying Action are still in the process of
19  finalizing their settlement;

20      WHEREAS, the parties in the present action agree that they need an additional 60
21  days to allow the parties in the Underlying Action to finalize their settlement and to allow
22  the parties in the present action to further settlement negotiations;

23      WHEREFORE, the parties stipulate to the following:

24      1. This action be STAYED for 60 days to allow the parties to conduct further
25  settlement discussions;

26  //
27  //
28  //

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

2. The Early Neutral Evaluation session pending before Michael Lee be CONTINUED until after the stay is lifted.

It is so STIPULATED:

DATED: October 22, 2009    MELENDEZ & ASSOCIATES

By: /s/
MICHAEL W. MELENDEZ
Attorneys for Defendant and Third-Party Claimant EVANSTON INSURANCE COMPANY

DATED: October 22, 2009    MORALES, FIERRO & REEVES

By: /s/
WILLIAM C. REEVES
Attorneys for Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED: October 22, 2009    SINNOTT, DITO, MOURA & PUEBLA, P.C.

By: /s/
BLAISE S. CURET
STEPHEN R. WONG
Attorneys for Zurich American Insurance Company and Steadfast Insurance Company

## GENERAL ORDER 45(X)(B) CERTIFICATION

I, Stephen R. Wong, hereby attest, pursuant to this Court's General Order 45(X)(B), that each of the other counsel identified above have authorized the

submission of this Stipulation and [Proposed] Order Re: Stay on that counsel's behalf.

DATED: October 22, 2009          SINNOTT, DITO, MOURA & PUEBLA, P.C.

By: /s/
STEPHEN R. WONG
Attorneys for Zurich American Insurance Company and Steadfast Insurance Company

## **ORDER**

It is hereby ORDERED that:

1. This action IS STAYED for 60 days to allow the parties to conduct further settlement discussions;

2. The Early Neutral Evaluation session pending before Michael Lee IS CONTINUED until after the stay is lifted.

DATED: __October 23__, 2009

By: _____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

ZURICH\Ryan Engineering\Evanston 3rd Party Action\Pleadings\Stipulation.Stay.102209.doc