1 | William C. Reeves – 183878
MORALES FIERRO & REEVES
2 | 2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
3 | Telephone: 925/288-1776
Facsimile: 925/288-1856

Attorneys for Plaintiff
St. Paul Fire & Marine Ins. Co

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ST. PAUL FIRE & MARINE INS. CO. | ) | Case No.: 08-cv-05705-PJH |
|---|---|---|
| Counter-Claimant, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER RE DISMISSAL WITH |
|  | ) | PREJUDICE OF ENTIRE ACTION |
| EVANSTON INSURANCE COMPANY, | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| and related matters | ) |  |

It is hereby STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action be and is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

IT IS SO STIPULATED:

Dated: July 1, 2010

                                        MORALES FIERRO & REEVES


                                        By:   /s/ William C. Reeves
                                              William C. Reeves
                                              Attorneys for Plaintiff

///

///

---

1

STIPULATION                                                        Case No.: 08-cv-05705-PJH

1  Dated: July 1, 2010

                                                SINNOTT PUEBLA CAMPAGNE &
CURET, APLC

By:  /s/ Stephen R. Wong
      Stephen R. Wong
      Attorneys for Third-Party Defendants
      Steadfast Insurance Company and
      Zurich American Insurance Company

Dated: July 1, 2010

                                                MELENDEZ & ASSOCIATES

By:  /s/ Michael W. Melendez
      Michael W. Melendez
      Attorneys for Defendant and Third-Party
      Claimant Evanston Insurance Co.

ORDER

It is hereby so ORDERED.

Dated:  7/8/10

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

2

STIPULATION                                                                        Case No.: 08-cv-05705-PJH